### SHIELDMARK, INC., Plaintiff–Appellant,

v.

### INSITE SOLUTIONS, LLC, Defendant–Appellee.

### Nos. 2014–1175, 2014–1177.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2014.

W. Scott Harders, Brennan, Manna & Diamond, LLC, of Akron, OH, argued for plaintiff-appellant. With him on the brief was Martin J. Pangrace. Of counsel on the brief was Mark B. Cohn, Dubyak Connick Thompson & Bloom, LLC, of Cleveland, OH.

Ray L. Weber, Renner, Kenner, Greive, Bobak, Taylor, & Weber, of Akron, OH, argued for defendant-appellee. With him on the brief was Laura J. Gentilcore.

O'MALLEY, BRYSON, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**